# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Gertrude Nyanjega and
Duba Roba,

       Plaintiffs,

v.

David Douglas,
*District Director, USCIS, St. Paul Field Office*;
Leslie Tritten,
*Field Office Director*;
Jeff Sessions,
*Attorney General*; and
Elaine Duke,
*Ag-Secretary, Department of Homeland Security*,

       Defendants.

Case No. 17cv1685 (SRN/SER)

**ORDER**

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs Gertrude Nyanjega and Duba Roba's Motion for Entry of Default Final Judgment [Doc. No. 7] is **DENIED**.

Dated: January 19, 2018                                s/Susan Richard Nelson
                                                                 SUSAN RICHARD NELSON
                                                                 United States District Judge